**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6977**

———————————

JOHN DYKEMAN,

Petitioner - Appellant,

v.

WARDEN, LIEBER CORRECTIONAL INSTITUTION,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of South Carolina, at Anderson. Jacquelyn Denise Austin, Magistrate Judge. (8:13-cv-02933-MGL-JDA)

———————————

Submitted: November 20, 2014        Decided: December 3, 2014

———————————

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John Dykeman, Appellant Pro Se. Donald John Zelenka, Senior Assistant Attorney General, Melody Jane Brown, Assistant Attorney General, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Dykeman seeks to appeal an order of the magistrate judge denying appointment of counsel in this 28 U.S.C. § 2254 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Dykeman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See 28 U.S.C. § 636(b)(1) (2012); Fed. R. Civ. P. 72(a). Accordingly, we dismiss the appeal for lack of jurisdiction. Because the appeal does not challenge a final order, we deny as unnecessary Dykeman's motion for a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED